No. 562. BOSTON AND MAINE RAILROAD, PETITIONER, *v.* JOHN N. GOKEY. February 4, 1907. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. George B. Young* and *Mr. Edgar J. Rich* for the petitioner. No appearance for respondent.